IN THE UNITED STATES DISTRICT COURT
IN AND FOR
THE SOUTHERN DISTRICT OF FLORIDA

JENNIFER LEIGH MILLER
Plaintiff, pro se

vs.

ANHEUSER BUSCH, Inc.
a Missouri Corporation
doing business in Florida,
Defendant

Case No.: 06-21770

CIV - GOLD

MAGISTRATE JUDGE
TURNOFF

SERVE:
Anheuser Busch, Inc.
C T Corporation System
1200 S. Pine Island Road/ Suite 250
Plantation, FL  33324

### COMPLAINT
(Unjust Enrichment)
(Copyright Infringement)
(Commercial Exploitation)

COMES NOW, Plaintiff, JENNIFER MILLER, and alleges as follows:

Jurisdiction and Venue

1. Plaintiff, JENNIFER MILLER, is a citizen and resident of Palm Beach County, Florida.

1



2. Defendant, ANHEUSER BUSCH, is a Missouri corporation, and at all times relevant hereto has been in business and operating in the State of Florida, and all of the other 49 States and U.S. territories, through its employees, servants, and authorized agents. The activities complained of herein occurred in Florida and, on information and belief, the other 49 U.S. States and territories, and worldwide territories.

3. Jurisdiction and venue is appropriate in this Court as the parties are citizens of different states (diversity) and the matter in controversy exceeds Seventy-Five Thousand ($75,000.00) Dollars.

### COUNT I-Commercial Exploitation

4. On information and belief, from 2001 and continuing through 2003 or 2004, Defendant used and exploited the image of Plaintiff in its nationwide commercial advertising campaign for Budweiser Beer without consent of the Plaintiff and without compensation to the Plaintiff in advertisements such as the images depicted in Exhibit 1 through Exhibit 5 to this Complaint (copies of which are appended hereto and incorporated herein by this reference).

5. Through its agents, employees, attorneys, and representatives, Plaintiff protested Defendant's use of her images and asserted that such use was without her permission.

6. On information and belief, Defendant continued to use and exploit her image in lucrative advertising campaigns nationwide and worldwide, despite Plaintiff's protests.

7. Through its agents, Defendant offered Plaintiff $3000.00 as an offer to remedy the unlawful action, which Plaintiff refused to accept.

8. On information and belief, Defendant infringed the copyright and fair use of her image, invaded her privacy, exploited her image, and thereby hampered her modeling career, all to Defendant's unjust enrichment in highly lucrative nationwide and worldwide advertising campaigns, and to Plaintiff's damage and detriment, which damages exceed One Million Dollars ($1,000,000.00) plus accrued interest, and which damages are continuing, and which damages were incurred by Plaintiff during the peak years of her modeling career.

9. Defendant suffered mental pain and anguish from 2001 through the present date over Defendant's exploitation of her image, suffered thereby in her career pursuits, and sustained financial loss as a direct and proximate cause of Defendant's conduct, all of which damages were foreseeable by Defendant.

10. Over the past three years, Plaintiff made demand upon Defendant for accountings, compensation, restitution and accommodation, through its various agents, attorneys, employees, officers, all of which Defendant ignored through its usual pattern and practice of exploitation, thus necessitating the initiation of these proceedings.

11. On information and belief, Defendant (or its agents) offered only $3000 to Plaintiff in damages, which amount is grossly inadequate and out of all proportion to the millions of dollars which Defendant grossed nationwide and worldwide on its advertising campaigns.

12. The amount Defendant earned on its unlawful commercial exploitation of Plaintiff's image is difficult to ascertain with certainty, and must be established by expert testimony through further proceedings, after due diligence discovery.

**WHEREFORE**, Plaintiff prays this court to declare Defendant's conduct unlawful, to prohibit and enjoin Defendant from any further unauthorized and illegal exploitative use of Plaintiff's image and to award Plaintiff damages in an amount to be ascertained on further proceedings and discovery in this cause, but in any case, damages for pain and suffering caused to Plaintiff including punitive and exemplary damages, and other and further relief, both legal and equitable, as this court may deem warranted.

### *COUNT II-Copyright Infringement*

13. Plaintiff re-alleges all of the allegations contained in Paragraphs 1 through 12 herein and incorporates them herein by this reference.

14. Defendant infringed Plaintiff's copyright rights in exploiting her image as herein alleged.

**WHEREFORE**, Plaintiff prays this court to declare Defendant's conduct unlawful under the laws of the United States and the common law of the various States and the State of Florida, and to prohibit and enjoin Defendant from any further unauthorized and illegal exploitative use of Plaintiff's image, and to furnish a thorough accounting of its ad campaign or campaigns in which Plaintiff's image was used, and to award Plaintiff damages in an amount to be ascertained on further proceedings and discovery in this cause, but in any case, damages in excess of One Million ($1,000,000.00) Dollars, plus punitive and exemplary damages where appropriate, and other and further relief, both legal and equitable, as this court may deem warranted.

*Jury Demand*

Plaintiff demands and prays for a jury trial of six (6) jurors.

Signed this 14th day of July, 2006.

Respectfully submitted,

*/s/ J.J. Miller*

Jennifer Miller, Plaintiff pro se
215 Conniston Rd./ Apt.3
West Palm Beach, FL  33405
Tel: (561) 832-1965
E-mail: triple11@bellsouth.net



# EXHIBIT 2

Campaign entitled :
"Clubbing girls"

*\*\*Jennifer featured on the left in turquoise top.*



# EXHIBIT 3

Campaign entitled :
"Night club"

*\*\*Jennifer featured on the left in turquoise top.*



©2001 ANHEUSER-BUSCH, INC., BREWERS OF BUDWEISER® BEER, ST. LOUIS, MO

KEY LINE

Exhibit #3

# EXHIBIT 4

Campaign entitled :
"WAMAD campaign"

*\*\*Jennifer featured on the left in turquoise top.*

TO OUR FRIENDS,
THANKS FOR CHOOSING
A DESIGNATED DRIVER

*Budweiser*

Exhibit #4

# EXHIBIT 5

Campaign entitled :
"Caliente"

*\*\*Jennifer in background to the right. Considered a "secondary", yet considered "recognizable".*



Exhibit #5

JS 44 (Rev. 11/05)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.

## I. (a) PLAINTIFFS
Jennifer Leigh Miller, pro se

**06-21770**

### DEFENDANTS
Anheuser Busch, Inc.

(b) County of Residence of First Listed Plaintiff: Palm Beach County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: St. Louis County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number) (561) 832-1965
Jennifer Miller
215 Conniston Rd. /#3
West Palm Beach, FL 33405

Attorneys (If Known)

(d) Check County Where Action Arose: ☒ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE ☐ HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

:06cv21770 Gold/Mag.Turnoff

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | **PERSONAL INJURY** | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 362 Personal Injury - Med. Malpractice | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 365 Personal Injury - Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 320 Assault, Libel & Slander | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 330 Federal Employers' Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 340 Marine | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 345 Marine Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | **PERSONAL PROPERTY** | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | ☐ 370 Other Fraud | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | ☐ 371 Truth in Lending | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 350 Motor Vehicle | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 355 Motor Vehicle Product Liability | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 360 Other Personal Injury | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 380 Other Personal Property Damage | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 385 Property Damage Product Liability | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | |
| | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | |
| | ☐ 442 Employment | **Habeas Corpus:** | | |
| | ☐ 443 Housing/Accommodations | ☐ 530 General | | |
| | ☐ 444 Welfare | ☐ 535 Death Penalty | | |
| | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | |
| | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):

a) Re-filed Case ☐ YES ☒ NO      b) Related Cases ☐ YES ☐ NO

JUDGE                                   DOCKET NUMBER

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

17 U.S.C. Section 504   copyright infringement/unjust enrichment/commercial exploitation

LENGTH OF TRIAL via 7 days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD
J. L. Miller

DATE 7/14/06

FOR OFFICE USE ONLY
AMOUNT _____   RECEIPT # _____   IFP