

FEDERAL ID# 59-1307357

200 EAST BROWARD BOULEVARD
FORT LAUDERDALE, FLORIDA 33301

POST OFFICE BOX 1900
FORT LAUDERDALE, FLORIDA 33302

TEL (954) 764-6660
FAX (954) 764-4996

ANHEUSER BUSCH COMPANIES, INC.
Lisa A. Joley, Esq.
Vice President and General Counsel
One Busch Place
St. Louis, MO 63118

September 15, 2008
Invoice No. 1105638
File No. 52941-0004

FOR PROFESSIONAL SERVICES RENDERED

Anheuser - Busch v. Jennifer Leigh Miller

**REDACTED**

THIS LAW FIRM HAS A LATE CHARGE POLICY SIMILAR TO MOST COMMERCIAL ESTABLISHMENTS. YOU MAY AVOID IMPOSITION OF THIS LATE CHARGE BY PAYING YOUR INVOICE WITHIN 30 DAYS. THE LATE CHARGE IS 1% OF THE UNPAID BALANCE PER MONTH.

**REDACTED**

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 08/14/08 | T. Russell | 1.0 | 550.00 | Review offer of judgment and Motion to Seal and Order. |
| 08/14/08 | S. Marcus | 5.4 | 1,404.00 | Review of Order granting A-B's Motion to File Sedlik Expert Report under seal; email to Baldev Sarai attaching same and attaching Offer of Judgment to Plaintiff; email to Plaintiff attaching Offer of Judgment; telephone conference with Clerk's office regarding redaction of certain filed documents; telephone conference with Magistrate's law clerk regarding submission of proposed confidentiality order relating to Sedlik Report; preparation of same; preparation of notice of filing of same; email to Plaintiff attaching same; further preparation of Response in Opposition to Plaintiff's Motion to Compel; review of Plaintiff's List of Additional Exhibits. |
| 08/14/08 | E. Rayman | 6.1 | 1,311.50 | Review Order granting Motion to Seal Expert Report; review final offer of judgment letter; receipt and review of correspondence to client and Momentum re: order granting motion to seal and offer of judgment; intraoffice meeting with Steve Marcus to discuss legal research issues in support |

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | of response to plaintiff's motion to compel and request for confidentiality order accompanying order on motion to seal expert report; perform legal research ████████████████ |
| 08/15/08 | T. Russell | 0.5 | 275.00 | Monitor email correspondence and confer with Steve Marcus. |
| 08/15/08 | T. Russell | 0.5 | 275.00 | Review Court Orders; telephone conference with Steve Marcus. |
| 08/15/08 | S. Marcus | 4.8 | 1,248.00 | Review of discovery hearing transcripts in further preparation of Response in Opposition to Motion to Compel Discovery; electronic filing of proposed Confidentiality Order relating to Sedlik Report; email same to Court for review during August 21, 2008 hearing on A-B's Motion to Enter Confidentiality Order relating to Sedlik Report; ████████████████ email to Baldev Sarai attaching and addressing same; telephone conference with Jeff Sedlik regarding current posture of case; review of Order setting oral argument on Motion for Summary Judgment for November 14, 2008. |
| 08/15/08 | E. Rayman | 4.0 | 860.00 | Receipt and review of multiple CM/ECF filings; receipt and review of correspondence with client regarding Jeff Sedlik's invoices; intraoffice meeting with Steve Marcus to review hearing transcripts in support of response to Plaintiff's Motion to Compel; discuss with Steve Marcus integration of legal research into our response to Plaintiff's Motion to Compel; perform legal research ████████████████ |
| 08/15/08 | T. Clark | 0.8 | 120.00 | Preparation for hearing on Plaintiff's Motion to Compel; conference with Steve Marcus regarding same; conference with Steve Marcus regarding hearing and Report of expert. |
| 08/16/08 | S. Marcus | 8.7 | 2,262.00 | Further review of file and discovery materials in further preparation of comprehensive Response in Opposition to Plaintiff's Motion to Compel. |
| 08/16/08 | E. Rayman | 4.0 | 860.00 | Perform legal research regarding possession, custody and control; compile results of same and draft analysis for argument section of response to Motion to Compel Discovery; review draft of response to Motion to Compel Discovery and outline notes on same |
| 08/17/08 | S. Marcus | 9.6 | 2,496.00 | Further review of file and discovery materials in further preparation of comprehensive Response in Opposition to Plaintiff's Motion to Compel. |
| 08/17/08 | E. Rayman | 4.8 | 1,032.00 | Assist Steve Marcus in drafting response in opposition to Plaintiff's Motion to Compel Discovery; perform legal research ████████████████ |

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | ▬▬▬▬▬▬▬▬ compile research and draft analysis of same for Steve Marcus' incorporation into our Response |
| 08/18/08 | S. Marcus | 8.4 | 2,184.00 | Further preparation of comprehensive Response in Opposition to Plaintiff's Motion to Compel and Motion for Protective Order. |
| 08/18/08 | E. Rayman | 5.5 | 1,182.50 | Perform legal research regarding Rule 26(c) and Motion for Protective Order; compile research and draft argument and analysis for incorporation into response to Motion to Compel Discovery; multiple telephone conferences Steve Marcus to strategize on same; review draft of response to Motion to Compel Discovery and outline comments on same |
| 08/18/08 | T. Clark | 1.8 | 270.00 | Preparation for hearing on Plaintiff's Motion to Compel and Defendant's Motion to file Preliminary Expert; review of order setting hearing on Motion for Summary Judgment; review of Pacer docket for documents in support of Motions to be heard before the court; review of documents for hearing on Motion for Summary Judgment. |
| 08/19/08 | S. Marcus | 1.3 | 338.00 | Further preparation of comprehensive Response to Plaintiff's Motion to Compel Discovery. |
| 08/19/08 | E. Rayman | 12.3 | 2,644.50 | Revise draft response in opposition to Plaintiff's Motion to Compel; intraoffice meeting with Steve Marcus to strategize and discuss same; review of agreement between client and Momentun-NA dated April 18, 2001▬▬▬▬▬▬▬▬▬▬▬▬▬▬; |
| 08/20/08 | T. Russell | 1.5 | 825.00 | Review and edit responses to Motion to Compel. |
| 08/20/08 | S. Marcus | 0.8 | 208.00 | Preparation for attendance at hearing on Plaintiff's Motion to Compel Discovery and A-B's Motion for Entry of Confidentiality Order pertaining to Sedlik Report. |
| 08/20/08 | E. Rayman | 5.1 | 1,096.50 | Finalize Response in Opposition to Plaintiff's Motion to Compel; intraoffice meeting with Terrence Russell to review and discuss same; prepare Response in Opposition for filing; file response in opposition via CM/ECF; assist in preparing Steve Marcus hearing notebook for Thursday, August 21, 2008 hearings; review and respond to multiple correspondences concerning the hearing; receipt and review of order resetting trial and pretrial conference dates; |
| 08/20/08 | B. Rosengarten | 0.3 | 51.00 | Review IRS documents received; telephone conference with IRS regarding request for additional information. |
| 08/21/08 | S. Marcus | 6.2 | 1,612.00 | Attendance at Court hearing on Plaintiff's Motion to Compel Discovery and A-B's Motion for Entry of Confidentiality Order relating to Sedlik Report; telephone conferences with Baldev Sarai regarding same; review of Minute Entry on hearing filed by Court; telephone conference with Jeff Sedlik regarding current status of case. |
| 08/21/08 | E. Rayman | 1.5 | 322.50 | Send correspondence to client and Momentum |

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | pertaining to our Response in Opposition to Plaintiff's motion to compel, Order resetting trial and pretrial conference dates and Order setting oral argument on our motion for summary judgment; intraoffice meeting with Steve Marcus to review hearing; telephone conference with client to discuss same |
| 08/21/08 | T. Clark | 0.1 | 15.00 | Telephone conference with court reporter to request hearing on discovery motions. |
| 08/22/08 | T. Russell | 2.0 | 1,100.00 | Office conference with Steve Marcus and Eric Rayman ▬▬▬▬▬▬▬▬ |
| 08/22/08 | S. Marcus | 1.3 | 338.00 | Conference with Terry Russell, Esq. regarding outcome of August 21, 2008 discovery hearing; conference with paralegal Barbara Rosengarten regarding status of request for Plaintiff's tax returns to IRS; email to Plaintiff requesting copies of non-party subpoena Momentum-NA. |
| 08/22/08 | E. Rayman | 2.1 | 451.50 | Intraoffice meeting with Terrence Russell and Steve Marcus to discuss hearing on Plaintiff's Motion to Compel and strategy for oral argument on Motion for Summary Judgment; intraoffice meeting with Steve Marcus to set outline for remaining work to be performed; legal research ▬▬▬▬▬▬▬▬ |
| 08/22/08 | B. Rosengarten | 0.5 | 85.00 | Telephone conference with IRS regarding response to Subpoena Duces Tecum for tax returns and transcripts; conference regarding the IRS' response to our request. |
| 08/22/08 | B. Rosengarten | 0.4 | 68.00 | Draft letter to IRS requesting confirmation as to whether or not Jennifer Miller filed an income tax return for 2003. |
| 08/25/08 | T. Russell | 0.5 | 275.00 | Review and discuss discovery orders. |
| 08/25/08 | S. Marcus | 2.6 | 676.00 | Review of Confidentiality Order pertaining to Sedlik Report; review of Order Following August 21, 2008 Discovery Conference; email to Baldev Sarai regarding same ▬▬▬▬ telephone conference with Baldev Sarai regarding same. |
| 08/25/08 | E. Rayman | 1.2 | 258.00 | Receipt and review of multiple orders from court; intraoffice meeting with Steve Marcus to review same and discuss proposed responses thereto; receipt and review of correspondence to client concerning Courts's Order following August 21, 2008 discovery conference. |
| 08/26/08 | S. Marcus | 2.8 | 728.00 | Review of additional documents to be sent to expert Jeff Sedlik and to be produced to Plaintiff in furtherance of continuing discovery obligations (documents being produced are all docketed filings); review of invoices from Jeff Sedlik and emails from Baldev Sarai regarding same ▬▬ |

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | ▬▬▬▬▬▬▬▬▬▬ telephone conference with Jeff Sedlik's office regarding same. |
| 08/27/08 | S. Marcus | 3.8 | 988.00 | Telephone conference with David Eads (Director, Creative Brand Services) regarding amended answers to Plaintiff's Interrogatories; further preparation of same; emails to and from David Eads regarding same. |
| 08/27/08 | E. Rayman | 1.2 | 258.00 | Review and revise draft of amended answers to Plaintiff's First Set of Interrogatories; intraoffice meeting with Steve Marcus to review and incorporate same; receipt and review of multiple correspondences with client |
| 08/27/08 | T. Clark | 0.7 | 105.00 | Bates labeling for expert documents to be produced to Plaintiff in response to Court Order. |
| 08/28/08 | S. Marcus | 1.8 | 468.00 | Telephone conference with Baldev Sarai and David Eads regarding A-B's Amended Answers to Plaintiff's First Set of Interrogatories; review of August 21, 2008 discovery hearing transcript. |
| 08/29/08 | S. Marcus | 1.7 | 442.00 | Telephone conferences with Baldev Sarai regarding finalization of Amended Answers to Plaintiff's First Set of Interrogatories; emails to and from Baldev Sarai regarding same; conference with paralegal Terri Clark regarding preparation of additional Bates-labeled documents for expert Jeff Sedlik and for production to Plaintiff pursuant to discovery obligations; initial review of Plaintiff's Notice of Serving Subpoena on Momentum; email to counsel for Momentum regarding same; preparation of letters to Baldev Sarai and Plaintiff attaching additional documents. |
| 08/29/08 | E. Rayman | 1.2 | 258.00 | Receipt and review of Plaintiff's subpoena duces tecum served upon Momentum; intraoffice meeting with Steve Marcus to analyze same; receipt and review of correspondence to Momentum and client addressing same |
| 08/29/08 | T. Clark | 0.6 | 90.00 | Review of new documents received from IRS; bates label documents received; conference with Steven Marcus regarding providing documents to Plaintiff; prepare correspondence to Plaintiff. |

**HOURS**     290.8

**TOTAL FOR SERVICES**     $75,192.50

DISBURSEMENTS

|  |  |  |
|---|---|---|
|  | On-line Research | 20.00 |
|  | Federal Express | 8.81 |
| 08/01/08 | Copies | 0.40 |
| 08/04/08 | Copies | 0.10 |
| 08/04/08 | Copies | 0.10 |
| 08/05/08 | Copies | 7.15 |
| 08/08/08 | Copies | 0.10 |
| 08/08/08 | Copies | 1.05 |
| 08/08/08 | Copies | 2.00 |
| 08/08/08 | Copies | 0.30 |
| 08/08/08 | Copies | 0.10 |
| 08/13/08 | Copies | 0.30 |
| 08/14/08 | Copies | 0.05 |
| 08/15/08 | Copies | 0.10 |
| 08/25/08 | Copies | 50.00 |
| 08/27/08 | Copies | 1.20 |
| 08/29/08 | Copies | 1.40 |
| 08/29/08 | Copies | 0.30 |
| 08/29/08 | Copies | 2,182.93 |
| 08/05/08 | Outside Printers/Copiers - IKON Office Solutions/532545 Copies, CD's, Images, Labels, Prints | 33.30 |
| 08/04/08 | FedEX FedEx Airbill #:790554871337 Rcvd. on:08/04/2008 Shipped To:Jeff Sedlik Signed By:P.GLIGORIU | 33.30 |
| 08/04/08 | FedEX FedEx Airbill #:790062741759 Rcvd. on:08/04/2008 Shipped To:Jeff Sedlik Signed By:P.GLIGORIU | 21.44 |
| 08/11/08 | FedEX FedEx Airbill #:791118405777 Rcvd. on:08/11/2008 Shipped To:Jennifer Leigh Miller Signed By:99999 | 51.72 |
| 08/14/08 | FedEX FedEx Airbill #:790560641610 Rcvd. on:08/14/2008 Shipped To:Baldev S. Sarai, Esq. Signed By:R.HUF | 55.00 |
| 08/15/08 | Courier Service - PR Courier Service | 55.00 |
| 08/15/08 | Courier Service - PR Courier Service | 46.76 |
| 08/25/08 | Travel Expenses - Steven Marcus Attend hearing in Miami 08/21/08 | 267.05 |
| 08/28/08 | Check Disbursement - Carl Schanzleh Transcript of Hearing 08/21/08 |  |

**TOTAL FOR DISBURSEMENTS** $2,839.96

**AMOUNT DUE THIS INVOICE** $78,032.46



FEDERAL ID# 59-1307357

200 EAST BROWARD BOULEVARD
FORT LAUDERDALE, FLORIDA 33301

POST OFFICE BOX 1900
FORT LAUDERDALE, FLORIDA 33302

TEL (954) 764-6660
FAX (954) 764-4996

ANHEUSER BUSCH COMPANIES, INC.
Lisa A. Joley, Esq.
Vice President and General Counsel
One Busch Place
St. Louis, MO 63118

October 9, 2008
Invoice No. 1111187
File No. 52941-0004

FOR PROFESSIONAL SERVICES RENDERED

Anheuser - Busch v. Jennifer Leigh Miller

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 09/02/08 | S. Marcus | 0.3 | 78.00 | Email ████████████; preparation of letters to Plaintiff and to Baldev Sarai attaching additional documents. |
| 09/02/08 | T. Clark | 0.7 | 105.00 | Review of additional documents received from IRS; conference with Steven Marcus regarding same; preparation of correspondence to Plaintiff. |
| 09/03/08 | T. Russell | 0.2 | 110.00 | Review email correspondence. |
| 09/03/08 | S. Marcus | 0.6 | 156.00 | Review of additional documents received from IRS relating to Plaintiff's tax filings; preparation of letter to Plaintiff attaching same; email to Baldev Sarai attaching same; ████████████ |
| 09/03/08 | E. Rayman | 0.1 | 21.50 | Receipt and review of ████████████ subpoena duces tecum from Plaintiff |
| 09/04/08 | T. Russell | 0.5 | 275.00 | Email ████████████; office conference with Steve Marcus. |
| 09/04/08 | S. Marcus | 1.9 | 494.00 | Email from Baldev Sarai regarding review of Momentum subpoena; review of Momentum subpoena; attendance at conference call with Baldev Sarai ████████████ |
| 09/04/08 | E. Rayman | 2.8 | 602.00 | Intraoffice meeting with Steve Marcus to review and strategize on subpoena duces tecum served on Momentum; ████████████ legal research regarding common interest privilege |
| 09/05/08 | T. Russell | 1.5 | 825.00 | Review of discovery transcript. |
| 09/05/08 | S. Marcus | 2.7 | 702.00 | Telephone conference with Baldev Sarai and Frank Hellwig regarding current status of case; review of file materials to be sent for copying for Baldev Sarai; emails to and from Baldev Sarai |

THIS LAW FIRM HAS A LATE CHARGE POLICY SIMILAR TO MOST COMMERCIAL ESTABLISHMENTS. YOU MAY AVOID IMPOSITION OF THIS LATE CHARGE BY PAYING YOUR INVOICE WITHIN 30 DAYS. THE LATE CHARGE IS 1% OF THE UNPAID BALANCE PER MONTH.

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | regarding same; ████ |
| 09/05/08 | E. Rayman | 0.8 | 172.00 | ████ intraoffice meeting with Steve Marcus to discuss same. |
| 09/08/08 | T. Russell | 1.0 | 550.00 | Review email correspondence ████ and office conference with Steve Marcus. |
| 09/08/08 | S. Marcus | 2.2 | 572.00 | Email ████; telephone conference with Baldev Sarai regarding same; preparation of email response to same. |
| 09/08/08 | E. Rayman | 0.2 | 43.00 | Receipt and review of correspondence ████ |
| 09/09/08 | T. Russell | 1.0 | 550.00 | Continued correspondence ████ and office conference with Steve Marcus. |
| 09/10/08 | S. Marcus | 0.4 | 104.00 | Emails ████. |
| 09/12/08 | S. Marcus | 0.1 | 26.00 | Review of correspondence from Momentum to Plaintiff regarding her subpoena to Momentum. |
| 09/15/08 | S. Marcus | 0.2 | 52.00 | Emails ████ |
| 09/17/08 | S. Marcus | 0.4 | 104.00 | Emails ████ |
| 09/17/08 | E. Rayman | 0.8 | 172.00 | Receipt and review of documents from Momentum responsive to plaintiff's subpoena request; intraoffice meeting with Steve Marcus to discuss same; ████ |
| 09/19/08 | S. Marcus | 4.7 | 1,222.00 | Emails from and to Plaintiff regarding her request for additional time to file response to our Motion for Final Summary Judgment; ████ review of documents received from Momentum relating to production pursuant to subpoena; telephone conference with Baldev Sarai regarding same; review of Plaintiff's Motion for Enlargement of Time to Respond to Motion for Summary Judgment. |
| 09/19/08 | E. Rayman | 3.0 | 645.00 | Review of documents from Momentum responsive to subpoena duces tecum; receipt and review of multiple correspondences with Momentum counsel; intraoffice meeting with Steve Marcus to discuss and analyze same; telephone conference with Baldev Sarai; receipt and review of multiple correspondences with Plaintiff; review of Plaintiff's motion for enlargement of time |
| 09/22/08 | S. Marcus | 1.5 | 390.00 | ████ emails from and to |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Baldev Sarai regarding same; telephone conferences with Baldev Sarai ~~███~~ |
| 09/22/08 | E. Rayman | 0.4 | | 86.00 | Receipt and review of multiple correspondences ~~███~~ |
| 09/23/08 | E. Rayman | 0.4 | | 86.00 | Receipt and review of Plaintiff's electronic filing of Motion For Enlargement of Time and Subpoena Duces Tecum on Momentum; telephone conference with Steve Marcus to discuss same. |
| 09/25/08 | S. Marcus | 0.2 | - | 52.00 | Review of Order granting Plaintiff an extension of time until October 3, 2008 to file response to our Motion for Summary Judgment and granting us until October 17, 2008 to file a reply in support of same; email to Baldev Sarai attaching same. |
| 09/26/08 | S. Marcus | 0.2 | | 52.00 | Emails to and from Baldev Sarai ~~███~~ |

| | | |
|---|---|---|
| **HOURS** | 28.8 | |
| **TOTAL FOR SERVICES** | | **$8,246.50** |

**DISBURSEMENTS**

| | | |
|---|---|---|
| 09/02/08 | Copies | 0.10 |
| 09/02/08 | Copies | 0.10 |
| 09/02/08 | Copies | 0.30 |
| 09/02/08 | Copies | 0.10 |
| 09/02/08 | Copies | 1.60 |
| 09/03/08 | Copies | 0.10 |
| 09/04/08 | FedEX FedEx Airbill #:791129290477 Rcvd. on:09/04/2008 Shipped To:Baldev S. Sarai, Esq. Signed By:R.HUF | 13.46 |
| 09/04/08 | FedEX FedEx Airbill #:790568941675 Rcvd. on:09/04/2008 Shipped To:Jeff Sedlik Signed By:G.GILIGORIO | 15.55 |

| | |
|---|---|
| TOTAL FOR DISBURSEMENTS | $31.31 |
| **AMOUNT DUE THIS INVOICE** | **$8,277.81** |



FEDERAL ID# 59-1307357

200 EAST BROWARD BOULEVARD
FORT LAUDERDALE, FLORIDA 33301

POST OFFICE BOX 1900
FORT LAUDERDALE, FLORIDA 33302

TEL (954) 764-6660
FAX (954) 764-4996

ANHEUSER BUSCH COMPANIES, INC.
Lisa A. Joley, Esq.
Vice President and General Counsel
One Busch Place
St. Louis, MO 63118

November 10, 2008
Invoice No. 1116272
File No. 52941-0004

FOR PROFESSIONAL SERVICES RENDERED

Anheuser - Busch v. Jennifer Leigh Miller

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 10/02/08 | S. Marcus | 1.1 | 286.00 | Emails ████████ |
| 10/03/08 | T. Russell | 1.0 | 550.00 | Billing correspondence and office conference with Steve Marcus, Esq. |
| 10/03/08 | S. Marcus | 1.7 | 442.00 | ████████; email to Momentum's counsel addressing same. |
| 10/06/08 | T. Russell | 2.0 | 1,100.00 | Review response to Motion for Summary Judgment. |
| 10/06/08 | S. Marcus | 0.5 | 130.00 | Initial review of Plaintiff's Response in Opposition to A-B's Motion for Final Summary Judgment. |
| 10/06/08 | E. Rayman | 3.0 | 645.00 | Review Plaintiff's Opposition to our Motion for Summary Judgment and supporting material. |
| 10/06/08 | T. Clark | 1.2 | 180.00 | Conference with Steve Marcus, Esq. regarding Bates stamping Plaintiff's Opposition to Defendants' Motion for expert's review; review of and Bates stamping of documents to be reviewed by expert witness. |
| 10/07/08 | T. Russell | 0.5 | 275.00 | Email correspondence. |
| 10/07/08 | S. Marcus | 0.1 | 26.00 | Email to Baldev Sarai, Esq. regarding Plaintiff's Response in Opposition to our Motion for Summary Judgment. |
| 10/08/08 | S. Marcus | 2.4 | 624.00 | Telephone conference with Baldev Sarai, Esq. regarding Plaintiff's Response in Opposition to our Motion for Summary Judgment; review and analyze Plaintiff's Opposition to our Motion for Summary Judgment in preparation for Reply to same; preparation of letter to Plaintiff attaching Bates-labeled Opposition. |
| 10/09/08 | T. Russell | 1.0 | 550.00 | Edit and review client summary. |

THIS LAW FIRM HAS A LATE CHARGE POLICY SIMILAR TO MOST COMMERCIAL ESTABLISHMENTS. YOU MAY AVOID IMPOSITION OF THIS LATE CHARGE BY PAYING YOUR INVOICE WITHIN 30 DAYS. THE LATE CHARGE IS 1% OF THE UNPAID BALANCE PER MONTH.

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 10/09/08 | S. Marcus | 5.4 | 1,404.00 | Further review and analysis of Plaintiff's Opposition to our Motion for Final Summary Judgment; preparation of email to Baldev Sarai, Esq. ▓▓▓▓ |
| 10/10/08 | S. Marcus | 1.4 | 364.00 | Emails from and to expert Jeff Sedlik regarding Plaintiff's Opposition to our Motion for Final Summary Judgment; telephone conference with Jeff Sedlik regarding same; ▓▓▓▓ emails to and from Baldev Sarai regarding same. |
| 10/10/08 | E. Rayman | 1.4 | 301.00 | Intraoffice meeting with Steve Marcus, Esq. regarding research to be performed in support of reply to response in opposition to our Motion for Summary Judgment; outline notes for arguments to be made. |
| 10/12/08 | E. Rayman | 4.4 | 946.00 | Perform legal research in support of reply to response in opposition to Motion for Summary Judgment. |
| 10/13/08 | S. Marcus | 5.7 | 1,482.00 | Further preparation of Reply in Support of A-B's Motion for Final Summary Judgment. |
| 10/13/08 | E. Rayman | 4.7 | 1,010.50 | Intraoffice meeting with Steve Marcus, Esq. to discuss strategy in drafting reply to Response in Opposition to Motion for Summary Judgment; perform legal research ▓▓▓▓, compile research results for Steve Marcus, Esq. review; ▓▓▓▓ |
| 10/14/08 | S. Marcus | 5.8 | 1,508.00 | Further preparation of Reply in Support of A-B's Motion for Final Summary Judgment. |
| 10/14/08 | E. Rayman | 4.4 | 946.00 | Begin draft of legal standard and arguments for reply to response in opposition to our motion for summary judgment; intraoffice meeting with Steve Marcus, Esq. to strategize on same. |
| 10/15/08 | S. Marcus | 7.1 | 1,846.00 | Further preparation of Reply in Support of Motion for Final Summary Judgment; review of additional tax documents received from IRS pertaining to Plaintiff. |
| 10/15/08 | E. Rayman | 6.3 | 1,354.50 | Continue drafting Reply to Response in Opposition to our Motion for Summary Judgment; intraoffice meeting with Steve Marcus to discuss same; summarize legal research results for implementation into reply to response in opposition. |
| 10/16/08 | T. Russell | 1.0 | 550.00 | Review and revise reply memo regarding opposition to Motion for Summary Judgment. |
| 10/16/08 | S. Marcus | 5.9 | 1,534.00 | Further preparation of Reply in Support of our Motion for Final Summary Judgment; emails to Baldev Sarai, Esq. and counsel for Momentum regarding same. |
| 10/16/08 | E. Rayman | 6.6 | 1,419.00 | Receipt and review of correspondence with client re: Reply to Opposition to our Motion for Summary |

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | Judgment; continue working on draft of reply to Opposition to our Motion for Summary Judgment; confer with Steve Marcus, Esq. concerning same. |
| 10/16/08 | T. Clark | 0.4 | 60.00 | Review of IRS documents to be Bates stamped; preparation of correspondence to Plaintiff; conference with Steve Marcus, Esq. regarding assignment. |
| 10/17/08 | T. Russell | 0.2 | 110.00 | Review email correspondence. |
| 10/17/08 | S. Marcus | 0.9 | 234.00 | Emails to and from Baldev Sarai, Esq. regarding A-B's Reply in Support of Motion for Final Summary Judgment; electronic filing of same; ████████ |
| 10/17/08 | T. Clark | 0.4 | 60.00 | Review and Bates stamped documents to be sent to expert for review; conference with Steve Marcus, Esq.; preparation of correspondence to Plaintiff. |
| 10/21/08 | T. Russell | 0.5 | 275.00 | Office conference with Steve Marcus, Esq. and Theresa Clark regarding hearing preparation for Motion for Summary Judgment. |
| 10/21/08 | S. Marcus | 0.1 | 26.00 | Conference with Terry Russell, Esq. regarding strategy for Motion for Final Summary Judgment hearing. |
| 10/21/08 | E. Rayman | 0.7 | 150.50 | Review pretrial stipulation and requirements; confer with Steve Marcus, Esq. concerning same; intraoffice meeting with Theresa Clark concerning Summary Judgment binder and handling of expert report. |
| 10/21/08 | T. Clark | 0.3 | 45.00 | Conference with Terrence Russell, Esq. and Steve Marcus, Esq. regarding preparation for oral argument on Motion for Summary Judgment. |
| 10/22/08 | S. Marcus | 0.2 | 52.00 | Emails to and from Baldev Sarai, Esq. ████████ |
| 10/22/08 | T. Clark | 0.4 | 60.00 | Review of pleadings files in preparation for upcoming hearing on motions to be heard at oral argument. |
| 10/23/08 | E. Rayman | 0.2 | 43.00 | Receipt and review of revised procedures from General Magistrate McAliley; confer with Steve Marcus, Esq. concerning same. |
| 10/24/08 | S. Marcus | 0.1 | 26.00 | Review of Magistrate Judge's revised discovery procedures. |
| 10/24/08 | E. Rayman | 0.4 | 86.00 | Confer with Steve Marcus regarding pretrial stipulation and order compliance; telephone conference with Judge's chambers. |
| 10/28/08 | S. Marcus | 0.7 | 182.00 | Review ████████ telephone conference with Baldev Sarai, Esq. regarding same. |
| 10/30/08 | S. Marcus | 0.1 | 26.00 | Emails to and from Baldev Sarai, Esq. ████████ |
| 10/31/08 | S. Marcus | 0.2 | 52.00 | Review of hearing binders for Motion for Final Summary Judgment hearing prepared pursuant to |

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 10/31/08 | T. Clark | 3.7 | 555.00 | Court's request to ensure compliance with same. Preparation for hearing on Motion for Summary Judgment; conference with Steve Marcus, Esq. regarding same. |

**HOURS** 84.1
**TOTAL FOR SERVICES** $21,515.50

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 10/06/08 | Copies 2538 Copies | 126.90 |
| 10/06/08 | Copies 876 Copies | 43.80 |
| 10/08/08 | Copies 43 Copies | 2.15 |
| 10/08/08 | Copies 2 Copies | 0.10 |
| 10/16/08 | Copies 24 Copies | 1.20 |
| 10/16/08 | Copies 13 Copies | 0.65 |
| 10/17/08 | Copies 2 Copies | 0.10 |
| 10/22/08 | Copies 4 Copies | 0.20 |
| 10/22/08 | Copies 145 Copies | 7.25 |
| 10/22/08 | Copies 474 Copies | 23.70 |
| 10/31/08 | Copies 5 Copies | 0.25 |
| 10/07/08 | FedEX FedEx Airbill #:790595131529 Rcvd. on:10/07/2008 Shipped To: ▓▓▓▓ Signed By:G.ZE | 16.26 |
| 10/07/08 | FedEX FedEx Airbill #:790103154540 Rcvd. on:10/07/2008 Shipped To:Baldev S. Sarai, Esq. Signed By:R.HUF | 24.04 |
| 10/09/08 | FedEX FedEx Airbill #:798033029282 Rcvd. on:10/09/2008 Shipped To:Jeff Sedlik Signed By:P.GLIGORIO | 24.59 |
| 10/17/08 | FedEX FedEx Airbill #:791165814940 Rcvd. on:10/17/2008 Shipped To:Jeff Sedlik Signed By:J.SAAVEDRA | 13.83 |

**TOTAL FOR DISBURSEMENTS** $285.02

**AMOUNT DUE THIS INVOICE** $21,800.52



FEDERAL ID# 59-1307357

200 EAST BROWARD BOULEVARD
FORT LAUDERDALE, FLORIDA 33301

POST OFFICE BOX 1900
FORT LAUDERDALE, FLORIDA 33302

TEL (954) 764-6660
FAX (954) 764-4996

ANHEUSER BUSCH COMPANIES, INC.
Lisa A. Joley, Esq.
Vice President and General Counsel
One Busch Place
St. Louis. MO 63118

December 9, 2008
Invoice No. 1121641
File No. 52941-0004

FOR PROFESSIONAL SERVICES RENDERED

Anheuser - Busch v. Jennifer Leigh Miller

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 11/04/08 | T. Clark | 1.1 | 165.00 | Continued preparation for Oral Argument on Motion for Summary Judgment and Response filed by Plaintiff; conference with Steve Marcus regarding same. |
| 11/05/08 | T. Russell | 0.5 | 275.00 | Office conference with and telephone conference with Steve Marcus regarding trial issues. |
| 11/05/08 | S. Marcus | 1.3 | 338.00 | Preparation of Motion to Enlarge Deadlines for Filing Pretrial Stipulation and Motions in Limine; email to Plaintiff regarding same; emails to and from Baldev Sarai, Esq. |
| 11/05/08 | T. Clark | 0.4 | 60.00 | Preparation of correspondence to Judge Gold with binders for review in preparation for Oral Argument scheduled for November 14th; conference with Steve Marcus regarding same. |
| 11/06/08 | T. Russell | 0.5 | 275.00 | Review Motion for Extension of Time and office conference with Steve Marcus. |
| 11/06/08 | S. Marcus | 0.9 | 234.00 | Further and final preparation of A-B's Motion to Enlarge Deadline to File Pretrial Stipulation and Motions in Limine; electronic filing of same; email to Court and to Plaintiff regarding same. |
| 11/06/08 | E. Rayman | 2.0 | 430.00 | Receipt and review of Motion for Extension of Time to file pretrial stipulation and motions in limine; assist Steve Marcus with preparation for Oral Argument on Motion for Summary Judgment. |
| 11/06/08 | T. Clark | 0.4 | 60.00 | Prepare binders and correspondence to be forwarded to Judge Gold in preparation for Oral Argument. |
| 11/10/08 | S. Marcus | 1.4 | 364.00 | Preparation of outline for hearing on Motion for Final Summary Judgment. |
| 11/10/08 | E. Rayman | 0.5 | 107.50 | Meeting with Steve Marcus to discuss argument outline for summary judgment hearing. |
| 11/11/08 | S. Marcus | 2.3 | 598.00 | Further preparation for oral arguments on A-B's Motion for Summary Judgment scheduled for November 14, 2008. |

THIS LAW FIRM HAS A LATE CHARGE POLICY SIMILAR TO MOST COMMERCIAL ESTABLISHMENTS. YOU MAY AVOID IMPOSITION OF THIS LATE CHARGE BY PAYING YOUR INVOICE WITHIN 30 DAYS. THE LATE CHARGE IS 1% OF THE UNPAID BALANCE PER MONTH.

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 11/11/08 | E. Rayman | 1.0 | 215.00 | Meeting with Steve Marcus to strategize on oral arguments for Motion for Summary Judgment. |
| 11/12/08 | T. Russell | 0.3 | 165.00 | Meeting to prepare Steve Marcus for Oral Argument and preparation for same. |
| 11/12/08 | S. Marcus | 5.8 | 1,508.00 | Further preparation for hearing on Motion for Summary Judgment; conference with Terry Russell, Esq. regarding same. |
| 11/12/08 | E. Rayman | 4.0 | 860.00 | Meeting with Steve Marcus and Terrence Russell to strategize on oral arguments for Motion for Summary Judgment; assist Steve Marcus for preparation of same. |
| 11/13/08 | S. Marcus | 7.7 | 2,002.00 | Further preparation for hearing on Motion for Summary Judgment; telephone conferences with Baldev Sarai and Jeff Sedlik regarding same. |
| 11/13/08 | E. Rayman | 8.9 | 1,913.50 | Assist Steve Marcus with preparation for Oral Argument on Motion for Summary Judgment; meeting with Steve Marcus concerning same; summarize cases relied upon in Motion for Summary Judgment for quick reference (factually and holdings); summarize single publication rule, ████████████████; review and prepare Mr. Marcus concerning same. |
| 11/14/08 | T. Russell | 1.0 | 550.00 | Telephone conference with Steve Marcus and Eric Raymen regarding outcome of Oral Argument. |
| 11/14/08 | S. Marcus | 8.3 | 2,158.00 | Final preparation for Motion for Summary Judgment; attendance at hearing on same at federal courthouse in Miami; post-hearing telephone conference with Baldev Sarai regarding same. |
| 11/14/08 | E. Rayman | 8.1 | 1,741.50 | Final preparation for Motion for Summary Judgment; meeting with Steve Marcus to review for same; attend hearing on Motion for Summary Judgment; conference telephone conference with client to apprise on outcome of hearing. |
| 11/15/08 | S. Marcus | 1.9 | 494.00 | Email to Baldev Sarai regarding outcome of hearing on Motion for Summary Judgment; preparation of Notice of Filing Supplemental Authority in support of Motion for Summary Judgment. |
| 11/17/08 | T. Russell | 0.5 | 275.00 | Review court correspondence and office conference with Eric Rayman. |
| 11/17/08 | T. Russell | 1.0 | 550.00 | Email correspondence regarding hearing and telephone conference with Steve Marcus and Eric Rayman. |
| 11/17/08 | S. Marcus | 0.9 | 234.00 | Final preparation of Notice of Filing of Supplemental Authority in support of Motion for Summary Judgment; email same to Plaintiff. |
| 11/17/08 | E. Rayman | 1.5 | 322.50 | Receipt and review of correspondence to client summarizing Summary Judgment hearing; assist Steve Marcus in preparing notice of filing supplemental authority in aid of Motion for Summary Judgment; review Keycite from Blair v. Nevada Landing Partnership and read cases cited therein; meeting with Steve Marcus to discuss |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | same |
| 11/18/08 | T. Russell | 0.5 | 275.00 | Review Court Order and office conference with Steve Marcus and Eric Rayman. |
| 11/18/08 | E. Rayman | 1.5 | 322.50 | Receipt and review of Order granting enlargement of time; ▆▆▆▆ |
| 11/19/08 | S. Marcus | 0.8 | 208.00 | Review of Order granting A-B's Motion to Enlarge Deadline to File Pretrial Stipulation and Motions in Limine; review of latest invoices from Jeff Sedlik; emails to and from his office regarding same. |
| 11/20/08 | S. Marcus | 0.5 | 130.00 | Emails ▆▆▆▆ |
| 11/24/08 | S. Marcus | 0.2 | 52.00 | Telephone conference ▆▆▆ |
| 11/25/08 | S. Marcus | 0.2 | 52.00 | Telephone conference ▆▆▆ |

HOURS 65.9
**TOTAL FOR SERVICES** $16,934.50

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 11/04/08 | Copies 3772 Copies | 188.60 |
| 11/06/08 | Copies 2 Copies | 0.10 |
| 11/17/08 | Copies 1 Copies | 0.05 |
| 11/18/08 | Travel Expenses - Tanju Erim Petty Cash - Mileage to Hon. Alan Gold, MIA 11/06/08 | 35.00 |
| 11/20/08 | Travel Expenses - Steven Marcus Attend Hearing in Federal Court, Miami 52941-0004 - 11/14/08 | 42.42 |
| 11/14/08 | Check Disbursement - Michael Trautman Petty Cash - Parking | 4.00 |

TOTAL FOR DISBURSEMENTS $270.17

**AMOUNT DUE THIS INVOICE** $17,204.67



**Ruden McClosky**

FEDERAL ID# 59-1307357

200 EAST BROWARD BOULEVARD
FORT LAUDERDALE, FLORIDA 33301

POST OFFICE BOX 1900
FORT LAUDERDALE, FLORIDA 33302

TEL (954) 764-6660
FAX (954) 764-4996

ANHEUSER BUSCH COMPANIES, INC.
Frank Hellwig, Esq.
Senior Associate General Counsel
One Busch Place
St. Louis, MO 63118

January 9, 2009
Invoice No. 1126664
File No. 52941-0004

FOR PROFESSIONAL SERVICES RENDERED

Anheuser - Busch v. Jennifer Leigh Miller

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 12/01/08 | S. Marcus | 0.6 | 156.00 | Telephone conference with Jeff Sedlik regarding hearing on Motion for Summary Judgment and invoicing. |
| 12/02/08 | S. Marcus | 0.4 | 104.00 | Emails from and to Plaintiff regarding pretrial deadlines; email from Baldev Sarai ▓▓▓ |
| 12/03/08 | T. Russell | 0.5 | 275.00 | Review Court Order; office conference with Steve Marcus. |
| 12/03/08 | S. Marcus | 0.1 | 26.00 | Review of Order Holding in Abeyance Pretrial Conference and Trial Dates. |
| 12/03/08 | E. Rayman | 0.4 | 86.00 | Receipt and review of correspondence from Plaintiff; receipt and review of order from court; meeting with Steve Marcus to discuss same. |
| 12/08/08 | S. Marcus | 0.3 | 78.00 | Review of correspondence ▓▓▓ |
| 12/09/08 | T. Russell | 0.5 | 275.00 | Office conference with Steve Marcus and review email correspondence. |
| 12/09/08 | S. Marcus | 1.7 | 442.00 | Telephone conference with Baldev Sarai, Esq. ▓▓▓; research file regarding same. |
| 12/10/08 | S. Marcus | 0.9 | 234.00 | Emails from and to Baldev Sarai, Esq. ▓▓▓ |
| 12/16/08 | S. Marcus | 0.2 | 52.00 | Review ▓▓▓ |
| 12/18/08 | T. Russell | 0.5 | 275.00 | Office conference with Steve Marcus and email correspondence. |
| 12/20/08 | S. Marcus | 0.3 | 78.00 | Review ▓▓▓ |
| 12/22/08 | T. Russell | 0.5 | 275.00 | Email correspondence ▓▓▓ and telephone conference with Steve Marcus. |
| 12/22/08 | S. Marcus | 0.3 | 78.00 | Emails to Frank Hellwig, Esq. ▓▓▓ |

THIS LAW FIRM HAS A LATE CHARGE POLICY SIMILAR TO MOST COMMERCIAL ESTABLISHMENTS. YOU MAY AVOID IMPOSITION OF THIS LATE CHARGE BY PAYING YOUR INVOICE WITHIN 30 DAYS. THE LATE CHARGE IS 1% OF THE UNPAID BALANCE PER MONTH.

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 12/29/08 | S. Marcus | 0.9 | 234.00 | Review of Order granting A-B's Motion for Summary Judgment; email to Frank Hellwig, Esq. and counsel for Momentum addressing same. |
| 12/30/08 | T. Russell | 1.5 | 825.00 | Office conference with Steve Marcus and Eric Rayman and review Court Order granting Motion for Summary Judgment. |
| 12/30/08 | S. Marcus | 1.7 | 442.00 | Conference with Terry Russell regarding ▓▓▓ motions for attorneys' fees and costs in light of Summary Judgment ruling; telephone conference with Jeff Sedlik regarding outcome of Summary Judgment Motion; email to Frank Hellwig, Esq. regarding ▓▓▓ motions for attorneys' fees and costs. |
| 12/30/08 | E. Rayman | 1.1 | 236.50 | Confer with Steve Marcus regarding order granting summary judgment and motion to tax costs; legal research re: taxable costs in federal court; intraoffice meeting with Steve Marcus and Terrence Russell to strategize on same; follow-up with Steve Marcus concerning telephone conference with Jeff Sedlik; receipt and review of correspondence to client |

|  |  |
|---|---|
| HOURS | 12.4 |
| **TOTAL FOR SERVICES** | **$4,171.50** |

DISBURSEMENTS
| | | |
|---|---|---|
| 12/10/08 | Copies 9 Copies | 0.45 |
| 12/30/08 | Copies 5 Copies | 0.25 |
| | TOTAL FOR DISBURSEMENTS | $0.70 |
| | **AMOUNT DUE THIS INVOICE** | **$4,172.20** |