IN THE UNITED STATES DISTRICT COURT
IN AND FOR
THE SOUTHERN DISTRICT OF FLORIDA

JENNIFER LEIGH MILLER,

    Plaintiff,

Case No.: <u>06-21770</u>
JUDGE:   GOLD/McAliley

v.

ANHEUSER-BUSCH, INCORPORATED
a Missouri corporation,

    Defendant.
_____/



FILED by _____ D.C.
MAR 18 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## PLAINTIFF'S NOTICE OF FILING EXHIBIT IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE PRELIMINARY AND SUPPLEMENTARY EXPERT REPORT AND TESTIMONY OF JEFF SEDLIK

Plaintiff, JENNIFER LEIGH MILLER, hereby submits her Notice of Filing Exhibit in Support of Plaintiff's Motion in Limine to Exclude Preliminary and Supplementary Expert Report and Testimony of Jeff Sedlik.

### INTRODUCTION

On February 25, 2011, Plaintiff filed her Motion in Limine to Exclude Preliminary and Supplementary Expert Report and Testimony of Jeff Sedlik. Defendant, Anheuser-Busch ("A-B") opposed the Plaintiff's motion and filed a response stating, in their opinion, that because Sedlik serves on the Model Release Working Group for the American Society of Media Photographers, makes him admissible as an expert witness in the industry.

Case 1:06-cv-21770-ASG   Document 295   Entered on FLSD Docket 03/21/2011   Page 2 of 4

*Jennifer Leigh Miller v. Anheuser-Busch, Incorporated*
*United States District Court, Southern District of Florida, Case No. 06-21770-CIV-GOLD/McAliley*
*Plaintiff's Notice of Filing Exhibit in Support of Plaintiff's Motion in Limine to Exclude Expert Report and Testimony of Jeff Sedlik*

## ARGUMENT

The American Society of Media Photographers ("ASMP") has its own website, www.asmp.org. There is no such known organization in the modeling world that is recognized as the "Model Release Working Group", nor is this information available on the ASMP website. The ASMP has a category on their website labeled "releases". There are four examples of template releases that are designed to cover the photographer if a regular person or a non-professional model is working directly with a photographer. However, the ASMP offers valuable information as to what professional models are <u>not</u> allowed to do if they are represented by an agency, as it pertains to photographer's releases (See Plaintiff's Exhibit "A"). The organization that Sedlik works with, the ASMP, specifically states on their website regarding releases, "Professional models that are under contract with an agency *cannot sign a photographer's release*. Professional models are <u>contractually obligated to sign only the release from their agent, which limits the use of the photograph to the Client's use</u>."

(Plaintiff's Trial Exhibit <u>#8</u> and <u>#10</u> are the authentic model releases from the Plaintiff's agent that were signed by the Client/Photographer).

## CONCLUSION

Federal Rule of Evidence 702 prohibits the Sedlik report from being admitted into evidence due to the clear fact that this Exhibit demonstrates that the Sedlik report and testimony is not based on reliable principles. Per the information on the ASMP website in regards to professional modeling agency contracts, Sedlik has not applied the principles reliably to the facts of this case pertaining to A-B's unauthentic 2000 and 2001 releases. Therefore, based on the attached Exhibit A, this Court should deny the Defendant's two pending motions in limine, regarding A-B's purported 2000 and 2001 releases having an expiration date, since it is irrelevant.

Case 1:06-cv-21770-ASG   Document 295   Entered on FLSD Docket 03/21/2011   Page 3 of 4

*Jennifer Leigh Miller v. Anheuser-Busch, Incorporated*
*United States District Court, Southern District of Florida, Case No. 06-21770-CIV-GOLD/McAliley*
*Plaintiff's Notice of Filing Exhibit in Support of Plaintiff's Motion in Limine to Exclude Expert Report and Testimony of Jeff Sedlik*

The Plaintiff respectfully requests that this Court grant the Plaintiff's motion in limine to exclude the Sedlik report, along with his unreliable testimony and opinions.

## CERTIFICATE OF SERVICE

Plaintiff, JENNIFER LEIGH MILLER, hereby certifies that on March 18, 2011, the foregoing document was sent via US Mail to FOWLER WHITE BOGGS P.A., ATT: STEVEN MARCUS, 1200 East Las Olas Blvd., Suite 400, Fort Lauderdale, FL 33301, and via e-mail to terrence.russell@fowlerwhite.com and steven.marcus@fowlerwhite.com.

Respectfully submitted,

Jennifer Leigh Miller
P.O. Box 6172
West Palm Beach, FL 33405-6172
Tel: (561) 779-7142
E-mail: triple11@bellsouth.net

# Resources

EXHIBIT A

Property and Model Releases

## Photographer's Portfolio Release

Most professional models are under contract with an agency and cannot sign your release. They are contractually obligated to sign only the release from their agent, which limits the use of your photograph to the specific client's use. However, it *is* possible to negotiate with the model or agent to get a limited release that allows you to use images for your own self-promotion, in exchange for the model and agent being allowed to use the images for their self-promotion.

## Using the text

The language below will provide a concrete illustration of the principles explained in this module. Sections in color are place-holder text that you are supposed to replace.

## Additional features for members

If you are a member of ASMP, please log in to enable the customization features.

---

## Permission for Photography

For valuable consideration received, I grant to Joe Photographer ("Photographer") and his/her legal representatives and assigns, the irrevocable right to use and publish photographs, still or moving, of me or in which I may be included, for the restricted purposes of self-promotion, including advertising the Photographer's business, in any manner and medium; and to alter and composite the same without restriction and without my inspection or approval. I hereby release Photographer and his/her legal representatives and assigns from all claims and liability relating to said photographs.

X
_____(SEAL)
SIGNATURE

_____
NAME

_____
ADDRESS (Line 1)

_____
ADDRESS (Line 2)