UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 06-21770-CIV-GOLD

JENNIFER LEIGH MILLER,

     Plaintiff,

v.

ANHEUSER BUSCH, INC.

     Defendant.

_____/

## VERDICT FORM

1.    Do you find from a preponderance of the evidence that the Defendant published, printed, displayed or otherwise publicly used the Plaintiff's name, portrait, photograph, or other likeness for purposes of trade or for any commercial or advertising purpose without the Plaintiff's express written or oral consent on or after January 1, 2003?

Yes  _____    No  ___✓___

*If you answered "No" to Question No. 1, skip the remaining questions and have your foreperson sign this verdict form at the bottom of the next page. If you answered "Yes" to Question No. 1, continue to Questions No. 2 and 3.*

2.    What amount of compensatory damages should be awarded to the Plaintiff?

    Royalties                    _____ (amount, if any)

    Other compensatory damages    _____ (amount, if any)

3.  Do you find by clear and convincing evidence that the Defendant, acting through an authorized managing agent, director, officer, or other person responsible for making policy decisions on behalf of the Defendant, was personally guilty of intentional misconduct or gross negligence which was a substantial cause of loss, injury, or damage to the Plaintiff?

Yes   _____        No   _____


SO SAY WE ALL.

DATED: _May 6, 2011_

_K___ J____
Foreperson
Kenneth Trim