# JEFF SEDLIK
### Expert Witness & Consulting Services
50 North Hill Avenue, Suite 302, Pasadena, CA 91106  Tel 626 808 0000  Fax 626 737 1071

**INVOICE** ABU0801-12                                              Date:     05/19/10

| | |
|---|---|
| Client | Anheuser Busch |
| Matter | Jennifer Leigh Miller v Anheuser Busch, Inc |
| Contact | Steve Marcus |
| Services | Consulting, Expert Witness Services |
| Job Date/s | 1/1/2010 - 5/19/2010 |

**Fees and Retainers**                                        Payment Delivery

| Date | Description | Hours | 10 Days | 11 Days + |
|---|---|---|---|---|
| 05/19/10 | Consulting & Expert Services | 21.6 | $13,338.00 | $14,040.00 |
| 05/19/10 | Additional Hours Worked But Not Billed | 7.1 | $0.00 | $0.00 |
| Total Fees and Retainers | | | $13,338.00 | $14,040.00 |

**Expenses**

| Date | Description | | | |
|---|---|---|---|---|
| 05/18/10 | Admin Assist: 14.2 hrs @ $150 | | $2,130.00 | $2,130.00 |
| 05/19/10 | Monthly Telephone Fee: Jan - May 2010 | | $500.00 | $500.00 |
| 05/19/10 | Courtesy Credit for Monthly Telephone Fee: | | -$100.00 | -$100.00 |
| Total Expenses | | | $2,530.00 | $2,530.00 |

**Total Fees and Reimbursable Expenses**

| | | |
|---|---|---|
| Total Fees and Reimbursable Expenses | $15,868.00 | $16,570.00 |
| Late Charges @ 2% monthly on unpaid balances after 30 days | | $0.00 |
| Grand Total | $15,868.00 | $16,570.00 |
| Less Payment | | |

| | | |
|---|---|---|
| **BALANCE NOW DUE** | **$15,868.00** | **$16,570.00** |
| | 10 Days | 11 Days + |

*Terms: Per agreement. Our standard fee is $650/hr. Reduced fees are provided for early payment, but only if payment in full is delivered to our office in advance or within ten days of invoice delivery. We can make no exceptions to this policy. All invoiced charges are deemed accurate unless we are notified of any errors within ten (10) calendar days of invoice delivery. A 2% monthly late charge will be applied to accrued outstanding balances after 30 days. Additional fees and expenses (if any) for this period may be separately invoiced.*

Payable To: Jeff Sedlik, Tax ID# 95-4482389


COMPOSITE EXHIBIT 4

# JEFF SEDLIK
### Expert Witness & Consulting Services
50 North Hill Avenue, Suite 302, Pasadena, CA 91106  Tel 626 808 0000  Fax 626 398 7420

**SUMMARY OF FEES - INVOICE #**  ABU0801-12                    05/19/10

**CLIENT:** Anheuser Busch
**MATTER:** Jennifer Leigh Miller v Anheuser Busch, Inc

**HOURS:**
| | |
|---|---|
| Hours Dedicated to Matter | 28.7 |
| Less "No Charge" Hours | 7.1 |
| **Net Billable Time** | **21.6** |

**CURRENT TOTALS:**
*Totals do not reflect retainers, advances or late charges - see invoice for balance*

A   $13,338.00 @ $617.5 per hour, only if paid in full within 10 days of invoice
B   $14,040.00 @ $650 per hour, if paid in full more than 10 days after invoice

| Item # | Date | Time Logged | Less N/C Time | Billed Time | With | Init By | Description | |
|---|---|---|---|---|---|---|---|---|
| 1 | 1/5/10 | 0.1 | 0.1 | | PG | SM | Incoming call | 3 |
| 2 | 1/5/10 | 0.7 | 0.2 | 0.5 | SM | JS | Discuss matter | 3 |
| 3 | 1/8/10 | 0.1 | 0.1 | | KS | SM | Phone message | 3 |
| 4 | 1/13/10 | 2.0 | | 2.0 | JS | JS | Review docs | 4 |
| 5 | 1/14/10 | 1.4 | 0.3 | 1.1 | JS | SM | Discuss matter | 3 |
| 6 | 1/14/10 | 0.2 | 0.2 | | KS | SM | Left Msg | 3 |
| 7 | 3/10/10 | 0.1 | 0.1 | | KS | SM | Left Msg | 3 |
| 8 | 3/10/10 | 0.3 | | 0.3 | JS | SM | Discuss matter | 3 |
| 9 | 3/20/10 | 2.5 | 0.5 | 2.0 | JS | SM | Review docs | 4 |
| 10 | 3/21/10 | 2.0 | 1.0 | 1.0 | JS | SM | Review docs | 4 |
| 11 | 3/21/10 | 3.0 | 1.0 | 2.0 | JS | SM | Draft supplementary report | 10 |
| 12 | 3/22/10 | 3.0 | 1.0 | 2.0 | JS | SM | Draft supplementary report | 10 |
| 13 | 4/6/10 | 0.3 | | 0.3 | JS | SM | Discuss matter | 3 |
| 14 | 4/14/10 | 0.2 | 0.2 | | JS | SM | Case material | 4 |
| 15 | 4/28/10 | 2.0 | 1.0 | 1.0 | JS | SM | Draft supplementary report | 10 |
| 16 | 4/29/10 | 7.5 | 1.3 | 6.2 | JS | SM | Draft supplementary report | 10 |
| 17 | 4/30/10 | 0.2 | | 0.2 | JS | SM | Discuss matter | 3 |
| 18 | 4/30/10 | 0.5 | | 0.5 | JS | SM | Discuss matter | 3 |
| 19 | 5/7/10 | 0.1 | 0.1 | | PG | JS | Billing | 1 |
| 20 | 5/12/10 | 2.0 | | 2.0 | JS | SM | Draft supplementary report | 10 |
| 21 | 5/19/10 | 0.5 | | 0.5 | JS | SM | Discussed matter | 3 |

PAGE 1                                             PRINTED: 5/19/2010

# JEFF SEDLIK

Expert Witness & Consulting Services
2797 E Foothill Blvd, Suite 120, Pasadena, CA 91107  Tel 626 808 0000  Fax 626 737 1071

| **INVOICE** ABU0801-16 | | Date: | 05/12/11 |
|---|---|---|---|
| Client | Fowler White Boggs P.A. | | |
| Matter | Jennifer Leigh Miller v. Anheuser-Busch, Incorporated | | |
| Contact | Steve Marcus | | |
| Services | Consulting, Expert Witness Services | | |
| Job Date/s | 5/1/10 - 05/12/11 | | |

### Fees and Retainers

| Date | Description | Hours | Amount |
|---|---|---|---|
| 05/09/11 | Consulting & Expert Services | 78.3 | $50,895.00 |
| 05/09/11 | Additional Hours Worked But Not Billed | 7.3 | $0.00 |
| Total Fees and Retainers | | | $50,895.00 |

### Reimbursable Expenses

| Date | Description | Amount |
|---|---|---|
| 04/29/11 | FedEx | $299.43 |
| 05/07/11 | Travel Expenses - See attached "Travel Expense Details" | $6,938.80 |
| 05/12/11 | Admin Assist - 6.3 hrs @ $150/hr | $945.00 |
| Total Reimbursable Expenses | | $7,883.80 |

### Total Fees and Reimbursable Expenses

| | |
|---|---|
| Total Fees and Reimbursable Expenses | $58,778.80 |
| Late Charges @ 2% monthly on unpaid balances after 30 days | $0.00 |
| Grand Total | $58,778.80 |

| **BALANCE NOW DUE** | **$58,778.80** |
|---|---|

*Terms: Per agreement. Our standard fee is $650/hr. Reduced fees are provided for early payment, but only if payment in full is delivered to our office in advance or within ten days of invoice delivery. We can make no exceptions to this policy. All invoiced charges are deemed accurate unless we are notified of any errors within three (3) working days of invoice delivery. A 2% monthly late charge will be applied to accrued outstanding balances after 30 days. Additional fees and expenses (if any) for this period may be separately invoiced.*

Payable To: Jeff Sedlik, Tax ID# 95-4482389

# JEFF SEDLIK
Expert Witness & Consulting Services
2797 E Foothill Blvd, Suite 120, Pasadena, CA 91107  Tel 626 808 0000  Fax 626 737 1071

**SUMMARY OF FEES - INVOICE #**   ABU0801-16   05/12/11

**CLIENT:** Fowler White Boggs P.A.
**MATTER:** Jennifer Leigh Miller v. Anheuser-Busch, Incorporated

**HOURS:**
Hours Dedicated to Matter   85.6
Less "No Charge" Hours       7.3
**Net Billable Time**       **78.3**

**CURRENT TOTALS:**
*Totals do not reflect retainers, advances or late charges - see invoice for balance*

| Item # | Date | Time Logged | Less N/C Time | Billed Time | With | Init By | Description | |
|---|---|---|---|---|---|---|---|---|
| 1 | 5/1/11 | 10.3 | 0.3 | 10.0 | JS | SM | Travel LA to Ft Lauderdale | 9 |
| 2 | 5/2/11 | 15.8 |  | 15.8 | JS | SM | Trial Prep | 13 |
| 3 | 5/3/11 | 17.0 | 7.0 | 10.0 | JS | SM | Trial | 13 |
| 4 | 5/4/11 | 12.5 |  | 12.5 | JS | SM | Trial | 13 |
| 5 | 5/5/11 | 10.0 |  | 10.0 | JS | SM | Trial | 13 |
| 6 | 5/6/11 | 10.0 |  | 10.0 | JS | SM | Trial | 13 |
| 7 | 5/7/11 | 10.0 |  | 10.0 | JS | SM | Travel Ft Lauderdale to LA | 13 |

PAGE 1

PRINTED: 5/16/2011